**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 11-6048**

—————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ROBERT EDWARD SILLS, a/k/a Bobby,

        Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, Senior District Judge.  (2:03-cr-00148-JBF-5)

—————

Submitted: March 15, 2011      Decided:  March 21, 2011

—————

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Robert Edward Sills, Appellant Pro Se.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Edward Sills appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion in which he sought a reduction to his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Sills</u>, No. 2:03-cr-00148-JBF-5 (E.D. Va. Nov. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>